PAID   FILED

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

2015 MAR 23  AM 10: 11

CLERK U.S. DISTRICT COURT
SANTA ANA, CALIF.
BY: LAW

| | |
|---|---|
| Nicole Albrecht | )<br>)<br>) |
| _Petitioner_ | ) |
| v. | ) Case No. SACV15-00451 GW (SS) |
| Dept. of Homeland Security / ICE | ) _(Supplied by Clerk of Court)_<br>)<br>) |
| _Respondent_<br>(name of warden or authorized person having custody of petitioner) | ) |

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Nicole Albrecht**
   (b) Other names you have used: **none**
2. Place of confinement:
   (a) Name of institution: **Santa Ana City Jail**
   (b) Address: **62 Civic Center Plaza**
   **PO Box 22003, Santa Ana, CA 92701**
   (c) Your identification number: **A # 206 407 728**
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
   **Immigration**
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other _(explain)_: _____

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Executive Office for Immigration Review
   606 S. Olive Street, Los Angeles, CA 90014
   (b) Docket number, case number, or opinion number: File # 206 407 728
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Change of custody status.
   I am eligible for release from detention after 180 days of detention, I have no convictions, no proof of being a flight risk, a danger to society, and no mental issues.
   (d) Date of the decision or action: 03/04/2015

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes      ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Board of Immigration Appeals
       5107 Leesburg Pike, Suite 2000, Falls Church, VA 20530
       (2) Date of filing: 03/11/2015
       (3) Docket number, case number, or opinion number: File # A 206 407 728
       (4) Result: presently in the appeal process
       (5) Date of result: _____
       (6) Issues raised: none

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:   First appeal in progress

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:   First appeal in progress

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?
   ☐ Yes        ☑ No

   If "Yes," answer the following:

   (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes        ☑ No

         If "Yes," provide:
         (1) Name of court:
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

   (b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
         ☐ Yes        ☑ No

         If "Yes," provide:
         (1) Name of court:
         (2) Case number:
         (3) Date of filing:
         (4) Result:
         (5) Date of result:
         (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☑ Yes     ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: 09/04/2014
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☑ Yes     ☐ No

If "Yes," provide:
(1) Date of filing: 03/11/2015
(2) Case number: File # A 206 407 728
(3) Result: presently in the appeal process
(4) Date of result:
(5) Issues raised: None

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☑ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes     ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____

**Grounds for Your Challenge in This Petition**

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

  **GROUND ONE:** After 180 days of immigration detention, I have the right to be released since there is no proof that I am a danger to society.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have no criminal history, no convictions, and no prior immigration violations.

There is a civil restraining order from 2013 that was re-opened and still pending in court (no ruling)

due to my ICE arrest on the day of my court hearing on September 4th, 2014. Due to my current ICE custody,

I am still prevented from attending court to vindicate myself. I am not convicted, and I am innocent until proven

guilty.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

GROUND TWO: I am not a flight risk

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have ties to the community, I am married to a U.S. citizen / sponsor, and I will reside with my husband upon

my release from detention. Also, I have never failed to show up for any type of court date or hearing.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

GROUND THREE: Significant public benefit, and the right to assist in the prosecution of a celebrity couple.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The prosecution of the persons who I am in a legal battle with, Alexandra Paul and Ian Murray, who have

threatened me and my family's lives, will be in the interest of the people of the United States, and benefit the

public in securing the convictions of individuals that commit violent crimes, and to also prevent Ms. Paul and

Mr. Murray from being able to threaten others in a similar manner in the future.

For abusing the immigration and enforcement process as a way of further intimidating and harassing my family,

and to take away their legal troubles by deporting me and my family. ICE / DHS is preventing me from

prosecuting Alexandra Paul and Ian Murray, but still want to use this matter against me in my immigration case.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND FOUR:** The illegal extradition of my 11 year old brother Jayson Albrecht

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
My brother Jayson Albrecht was illegally extradited out of the United States to Germany, when he had the right to remain in the United States until his (2) asylum applications were adjudicated. His asylum applications remain pending in the U.S. with the USCIS to this day. My current status as an ICE detainee is preventing me from using resources outside of detention to remedy the problem that ICE has brought about. I need to use the resources outside of detention to locate him in Germany, and arrange for his return to the United States, so his application can be continued to be adjudicated.

PLEASE SEE ADDITIONAL ATTACHMENTS- GROUNDS FIVE, SIX & SEVEN- PAGES 11 & 12

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes         ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: After 180 days I have the right to leave detention, eligible for Rodriguez Bond, Humanitarian Parole, or a bond directly through the DHS. It's the governments' burden to prove in a clear and convincing manner that I am not eligible to be released from detention, and the government cannot prove this with the facts provided in my immigration case. I also have an asylum case on appeal, and Humanitarian Parole, with strong public benefits for that relief. I have the right to be released immediately, and continue my case from outside of detention.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03/19/15

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

<u>Page 11</u>     Nicole Albrecht A # 206407728 / HABEAS CORPUS

GROUNDS CONTINUED

**GROUND FIVE**

Civil Rights Violations

**SUPPORTING FACTS:**

I experienced emotional and physical harm due to mistreatment and abuse at James A. Musick facility, (early miscarriage, which would have allowed me to leave detention in the beginning), and the Santa Ana City Jail, due to discrimination and retaliation which I would not have been exposed to if I were not in detention.

Denial of medical attention that I need, and that I am legally entitled to. Release will prevent my medical problems from worsening and give me a chance to be examined by a real physician outside of strict limitations. The facility does not have enough money to properly house me. Denial of proper nutrition, no real medical attention, and permanent lockdowns from 11:30am-7:00pm, are causing me distress and harm. I am not an inmate, I am a detainee, and I do not need correction.

<u>Denial of legal phone calls</u>-Due to being denied legal phone calls between me and my attorney Joshua Effron prior to (2) of my immigration cases, I did not have the opportunity, and was prevented of my right to prepare for my cases properly with my attorney. As a result, I lost both cases. My attorney will testify on my behalf regarding these civil rights violations. Continuance of denied legal phone calls due to lack of staff at the Santa Ana City Jail facility to this day (lockdown from 11:30am-7:00pm) are preventing me from achieving a successful outcome of my immigration case, after I already lost (2) court hearings when I was denied my right to client-attorney legal phone calls. Being in custody puts me in a clear disadvantage to properly continue my immigration case, which I would not have to face if I would have been released after 180 days (March 4th, 2015).

**GROUND SIX**

Humanitarian Parole

**SUPPORTING FACTS:**

ICE / DHS have not responded to (4) Humanitarian Parole requests from my attorney, beginning on 1/7/2015. Humanitarian parole actually means that there are URGENT and eligible reasons for a release, and ICE / DHS should have replied to these requests in a timely manner, but instead, they did not reply at all. The factors meriting humanitarian parole are substantial and include: the illegal extradition of my brother Jayson Albrecht, the significant public benefit and the right to assist in prosecution in state court, my declining health from abusive and discriminatory treatment from facilities and ICE / DHS, and to aid and care for my 80 year old Grandmother who needs urgent medical care, who was left alone due to my detainment.

<u>Page 12</u>     Nicole Albrecht A # 206407728 / HABEAS CORPUS

GROUNDS CONTINUED

**GROUND SEVEN**

Victim of verbal altercation in which another detainee threatened my life.

**SUPPORTING FACTS:**

I was placed in protective custody for (2) weeks which was not classified as punishment, but being locked up for 23 hours a day, without legal counsel phone calls, before my asylum hearing and the declining health as a direct result of being locked up can only be called punishment. Even though I was assured from supervisors that I would not face retaliation from filing a report (police report- case# 15-01359 against detainee Avila). I was restricted in every way to prepare for my hearing, especially in light of the fact that my previous hearing was continued (2) weeks earlier when immigration judge Munoz decided that I was too sick to competently testify. This had been directly caused by the failure of the staff of the Santa Ana City Jail to get me medical treatment that I had been requesting the week before that hearing. The perpetrator who spent (12) years in prison for manslaughter, which was known by ICE and the facility, was allowed to circulate in the general detainee population after (6) days, while I the victim, was still sitting in solitary confinement for an additional (8) days. It violated both common sense and basic rights as a detainee. I was discriminated against by ICE and jail supervisors, and completely humiliated. I was unable to properly present and defend myself in my asylum case, on 1/26/15, because of lack of access of legal counsel, and my health that significantly declined as a result of my placement in so called "protective custody" (I lost my asylum case, therefore I was unable to leave detention).

ICE and the jail are responsible for placing my life in danger, when they knowingly let a dangerous, convicted criminal roam free, allowing her to harm me and other detainees at any time.



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS ANGELES, CA

FILE: A206-407-728

IN THE MATTER OF:

ALBRECHT, NICOLE

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

__X__ ORDERED that the request for a change in custody status be denied.

_____ ORDERED that the request be granted and that respondent be:

_____ released from custody on his own recognizance

_____ released from custody under bond of $_____

_____ OTHER _____

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: waived -- reserved

LOS ANGELES -- ORANGE COUNTY DETAINED

Date: 12/4/14

JOHN F. WALSH
Immigration Judge

XS

- These violations have been documented in numerous complaints that have been submitted to different authorities, including:

    Immigrations and Customs Enforcement
    Los Angeles Field Office
    300 North Los Angeles St. Room 7631 A Los Angeles, CA, 900 12

    Immigrations and Customs Enforcement
    San Diego Field Office
    880 Front Street #2232
    San Diego, CA, 92101

    ICE Office of Detention and Removal
    U.S. Dept. of Homeland Security
    Attn: Mr. Timothy Perry
    80 I Street, Suite 980
    Washington, DC 20536

    James A. Musick Facility
    13502 Musick Road
    Irvine, CA 92618

    Otay Detention Center
    446 Alta Road
    San Diego, CA 92143

    Capt. Phillip Jarres
    Branch Chief of Field Operations
    US Public Health Service
    1220 L Street NW Suite 500
    Washington D.C. 20005

    Dept. of Homeland Security
    Mailstop #800
    Office for Civil Rights and Civil Liberties
    Washington D.C. 20528

    Customs and Border Protection
    Office of Internal Affairs- Intake

    National Immigrant Justice Center
    208 S. La Salle Street Suite 1818
    Chicago, IL 60604

    ACLU Los Angeles
    1313 W 8th St.
    Los Angeles, CA 90017

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

OMB# 1125-0002
Notice of Appeal from a Decision of an
Immigration Judge

1. List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s):

Nicole Albrecht

A# 206 407 728

For Official Use Only

WARNING: Names and "A" Numbers of everyone appealing the Immigration Judge's decision must be written in item 1. All other documents filed will be treated as separate filings and may delay your appeal.

2. I am  ☒ the Respondent/Applicant   ☐ DHS-ICE  *(Mark only one box.)*

3. I am  ☒ DETAINED   ☐ NOT DETAINED  *(Mark only one box.)*

4. My last hearing was at  606 S. Olive St, Los Angeles, CA  *(Location, City, State)*

5. **What decision are you appealing?**

*Mark only one box below. If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).*

☐ I am filing an appeal from the Immigration Judge's decision *in merits proceedings* (example: removal, deportation, exclusion, asylum, etc.) dated _____.

☒ I am filing an appeal from the Immigration Judge's decision *in bond proceedings* dated 3/4/15 . (For DHS use only: Did DHS invoke the automatic stay provision before the Immigration Court? ☐ Yes.  ☐ No.)

☐ I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated _____.

*(Please attach a copy of the Immigration Judge's decision that you are appealing.)*

Form EOIR-26
Revised Oct. 2013

Page 1 of 3

6. State in detail the reason(s) for this appeal. Please refer to the General Instructions at item F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet.

See Attached Appeal Information

*(Attach additional sheets if necessary)*

> **WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal, or any statements attached to this Notice of Appeal, why you are appealing.

7. Do you desire oral argument before the Board of Immigration Appeals?  ☐ Yes  ☒ No

8. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?  ☐ Yes  ☒ No

> **WARNING:** If you mark "Yes" in item #7, you should also include in your statement above why you believe your case warrants review by a three-member panel. The Board ordinarily will not grant a request for oral argument unless you also file a brief.
>
> If you mark "Yes" in item #8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule.

9.   X _____Nicole Ally_____  3/10/15
Signature of Person Appealing
(or attorney or representative)       Date

Form EOIR-26
Revised Oct 2013

3/10/15

Rodriquez Bond Appeal
Detainee: Nicole Albrecht- A# 206 407 728

The 5th amendment Due Process Clause requires that legal proceedings be conducted in a fair manner by an impartial judge who will allow the interested parties to fully present their complaints, grievances, and defenses. I was not given this right, since I was not allowed to fully present my side of the story, since my proceedings were not a full and complete hearing, since they were abruptly halted by the judge, who would not allow me or my attorney to respond before ending and denying my bond.

The 5th Amendment right against Self-Incrimination permits and individual to refuse to disclose information that could be used against a person in a criminal prosecution. I have an open pending criminal court case regarding a restraining order, and the judge was asking me to answer specific questions regarding specific evidence (letter). I answered to the judge that this letter is evidence in open criminal court proceedings, and I cannot say anything about it, as this matter should be handled in criminal court. Therefore I used my 5th amendment right to not incriminate myself. Also, the party who submitted the evidence to the DHS was not in court to be cross examined.

The judge abruptly halted my hearing and denied my bond since I would not incriminate myself, and then stated that I was a danger to society, I had mental issues, and that I was a flight risk. The judge humiliated me and defamed my character with these comments (even though the RO is still in effect, the outcome is still pending in criminal court, as a decision has not been reached), and I have not been convicted of anything. And due to my arrest by the DHS on Sept 4th, 2014 I was unable to attend the court hearing regarding this matter to drop the charges against me, and prove my innocence. I clearly expressed my desire to go back to criminal court. Note- DHS is the authority preventing me from going to court, and I have attended all court hearings in the past.

Per Rodriguez Bond guidelines, I asked the judge immediately if I could ask another question and he said no. I was going to ask if answering the question would hurt my criminal case? And what will happen if I don't answer the question? The letter was the only piece of evidence brought up by the government when the judge ended my hearing, and the letter does not prove that I am a danger, I have mental issues, or that I am a flight risk. It actually proves my innocence, and my will to seek a peaceful resolution to the issue at that time. I am innocent until proven guilty.

Per the Supplement to Notice of Custody Determination, the government must prove by clear and convincing evidence that I am a flight risk or danger to society to keep me detained. I have never been convicted of anything, and there is no proof that I harmed anyone in the past. I am also married to a U.S. citizen, I own an automobile, and I have a three bedroom home full of furnishings, and this doesn't indicate a flight risk.

Note- I was prevented by the jail facility of my right to client-attorney phone calls the day before my hearing, and since me and my attorney were in separate locations at the hearing, I was unable to communicate with him to prepare for my hearing. I was basically convicted of a crime in immigration court, by an immigration judge, finding me guilt of being a stalker, even though the case is re-opened in criminal court and still pending, and the RO issue was not further discussed in the hearing.

For these reasons, the judge's decision is wrong, and it should be reversed.

**10. Mailing Address of Respondent(s)/Applicant(s)**

Nicole Albrecht 1400003466 4C-9
(Name)

PO Box 22003
(Street Address)

Santa Ana City Jail
(Apartment or Room Number)

Santa Ana, CA 92701
(City, State, Zip Code)

714-245-8100
(Telephone Number)

**11. Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s)**

(Name)

(Street Address)

(Suite or Room Number)

(City, State, Zip Code)

(Telephone Number)

NOTE: You must notify the Board within five (5) working days if you move to a new address or change your telephone number. You must use the Change of Address Form/Board of Immigration Appeals (Form EOIR-33/BIA).

NOTE: If an attorney or representative signs this appeal for you, he or she must file with this appeal a Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27).

**12. PROOF OF SERVICE (You Must Complete This)**

I Richard Wheeler
(Name)
mailed or delivered a copy of this Notice of Appeal

on 3/11/15
(Date)
to Assist Chief Counsel DHS - ICE
(Opposing Party)

at 606 S. Olive St. 8th Floor, Los Angeles, CA 90014
(Number and Street, City, State, Zip Code)

SIGN HERE ➤ X _____
Signature

NOTE: If you are the Respondent or Applicant, the "Opposing Party" is the Assistant Chief Counsel of DHS – ICE.

WARNING: If you do not complete this section properly, your appeal will be rejected or dismissed.

WARNING: If you do not attach the fee or a completed Fee Waiver Request (Form EOIR-26A) to this appeal, your appeal may be rejected or dismissed.

**HAVE YOU?**

☐ Read all of the General Instructions
☐ Provided all of the requested information
☐ Completed this form in English
☐ Provided a certified English translation for all non-English attachments
☐ Signed the form

☐ Served a copy of this form and all attachments on the opposing party
☐ Completed and signed the Proof of Service
☐ Attached the required fee or Fee Waiver Request
☐ If represented by attorney or representative, attach a completed and signed EOIR-27

Page 3 of 3

Form EOIR-26
Revised Oct. 2013

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS ANGELES, CA

FILE: A206-407-728

IN THE MATTER OF:

ALBRECHT, NICOLE

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

__X__ ORDERED that the request for a change in custody status be denied.

_____ ORDERED that the request be granted and that respondent be:

_____ released from custody on his own recognizance

_____ released from custody, under bond, of $_____

_____ OTHER _____

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: waived -- reserved

LOS ANGELES -- ORANGE COUNTY DETAINED

Date: _____

JOHN F. WALSH
Immigration Judge

XS