

Case: 8:15cv451   Doc: 10

Nicole Albrecht A&#035;206407728
Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, CA 92701



1 / 6 - 10075190

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.    SACV 15-451 GW (SS) | Date: February 12, 2016 |
| | Page 1 of 2 |

Title:     Nicole Albrecht v. Dep't of Homeland Security, et al.

---

DOCKET ENTRY:    ORDER REQUIRING PETITONER TO CONFIRM HER CURRENT ADDRESS

---

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| _Marlene Ramirez_ | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                   None Present

**PROCEEDINGS: (IN CHAMBERS)**

On March 19, 2015, Petitioner Nicole Albrecht, then a detainee at the Santa Ana City Jail proceeding pro se, constructively filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). However, on or about January 16, 2016, Petitioner was transferred to a detention facility in Jena, Louisiana. See Albrecht v. Lynch, 9th Cir. No. 15-71474, Dkt. No. 15 (Change of Address Form dated January 16, 2016).[1]  Additionally, although the Petition alleged that Petitioner was being held in immigration detention, (Petition at 2), it appears that Petitioner has been released from the custody of immigration officials. See Online Detainee Locator System, available at https://locator.ice.gov/ (Name: Nicole Albrecht; Country of Birth: Germany).

---

[1] The Court takes judicial notice of proceedings before the Ninth Circuit and of information contained on ICE's Online Detainee Locator System. See Shaw v. Hahn, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995) (noting that the court may take judicial notice of matters of public record).

