1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NICOLE ALBRECHT, | Case No. SACV 15-0451 GW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEPT. OF HOMELAND SECURITY, et al., | |
| Respondents. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 26, 2016

GEORGE H. WU
UNITED STATES DISTRICT JUDGE